# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 15, 2011

142349

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

THE GARRISON COMPANY,
           Plaintiff-Appellee,

v

                                           SC: 142349
                                           COA: 293415

BISHOP INTERNATIONAL AIRPORT
AUTHORITY,
           Defendant-Appellant.
                                             Genesee CC: 08-088216-CK

_____/

      On order of the Court, the application for leave to appeal the November 18, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 15, 2011                                                   Clerk

p0608